## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11 B 47531 |
| | ) | |
| MARTIN   CERVENCIK   AND   COLLEEN | ) | Chapter 7 |
| CERVENCIK, | ) | |
| | ) | Honorable Bruce W. Black |
| Debtors. | ) | (Joliet) |
| | ) | |
| | ) | **Hearing Date:** |
| | ) | **Hearing Time:  9:15 a.m.** |
| | ) | **Courtroom.:    2nd Floor** |

### COVER SHEET FOR FIRST AND FINAL FEE APPLICATION
### AND REIMBURSEMENT OF EXPENSES OF FRANKGECKER LLP

Name of Applicant:              FrankGecker LLP

Authorized to Provide           Joji Takada, Chapter 7 Trustee of the Estate
Professional Services to:       of MARTIN   CERVENCIK   AND   COLLEEN
                                CERVENCIK

Period for Which                February 2, 2012 through January 4, 2013
Compensation is Sought:

Amount of Fees Sought:          $9,630[1]

Amount of Expense               $361.96
Reimbursement Sought:

This is a:                      First and Final Fee Application

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is:  $0.00.

---

[1] The total incurred fees equal $14,736.00, but FrankGecker LLP has voluntarily agreed to reduce their fees by $5,106.00 to allow for more funds to be distributed to creditors.

{TAKADA/002/00036936.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-47531 |
| | ) | |
| MARTIN CERVENCIK AND COLLEEN | ) | Chapter 7 |
| CERVENCIK, | ) | |
| | ) | Honorable Bruce W. Black |
| Debtor. | ) | (Joliet) |
| | ) | |
| | ) | **Hearing Date:** |
| | ) | **Hearing Time: 9:15 a.m.** |
| | ) | **Courtroom.:    2nd Floor** |

**FIRST AND FINAL APPLICATION OF JOJI TAKADA,
CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF
MARTIN CERVENCIK AND COLLEEN CERVENCIK**

Joji Takada, not individually, but as Chapter 7 trustee (the "Trustee") of the bankruptcy

estate of MARTIN CERVENCIK AND COLLEEN CERVENCIK (the "Debtors"), hereby

submits his first and final application (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and

507(a)(1) seeking compensation totaling $9,630[2] for legal services performed by FrankGecker

LLP ("FG"), counsel to the Trustee, during the period of February 2, 2012 through and including

January 4, 2013 (the "Application Period") and reimbursement of expenses totaling $361.96

incurred in connection with those services.  FG has agreed to accept less than the amounts

detailed.  In support of its Application, FG respectfully states as follows:

**INTRODUCTION**

1.      On November 23, 2011 (the "Petition Date"), the Debtors filed a voluntary joint

chapter 7 petition for relief under title 11 of the United States Code (the "Bankruptcy Code") in

the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

---

[2] The fee detail identifies fees of $14,736.00, but FrankGecker has agreed to reduce fees by $5,106.00 to allow for
more funds to be disbursed to creditors.

2.      The Trustee is the duly appointed trustee of the Debtors' estate.  On January 23,
2012, the Trustee filed an asset report in this case, and the claims bar date was April 24, 2012.

3.      On February 3, 2012, this Court authorized the employment of FG retroactive to
January 23, 2012.

### THE REAL ESTATE

4.      One of the assets of this Case was Martin Cervencik's undivided one-half interest
in real property commonly known as 8201 Daniel Drive, Justice, IL (the "Property").

5.      The Property was held in an Illinois land trust, maintained by Marquette Bank,
Trust No. 95-5-3 (the "Land Trust").

6.      As of the Petition Date, Mark Cervencik (a relative) occupied the Property as his
primary residence.  The Trustee believed the Property was worth more than $100,000, and it was
unencumbered by a mortgage.

7.      On or about March 9, 2012, the Trustee filed an adversary proceeding against
Mark Cervencik, Case No. 12-A-00377, seeking authority to sell the Property free and clear of
Mark Cervencik's interest.

8.      On or about March 15, 2012, the Trustee and Mark Cervencik entered into an
agreement resolving issues related to the sale of the Property.  The Trustee agreed to allow Mark
Cervencik to retain sixty-percent (60%) of the net proceeds of the sale of the Property after
payment of customary closing costs (the "Settlement Agreement").

9.      Pursuant to the Settlement Agreement on April 20, 2012, this court authorized the
Trustee to hire Mike Hansbrough of Prestige Properties Real Estate Pros, Inc. (collectively,
"Prestige") to market the Property for sale.  Prestige's commission is five-percent of the gross
sale price.

10.     The initial listing price for the Property was $119,000.00 and was subsequently reduced to $109,000.00.

### *The Purchase Agreement*

11.     On November 2, 2012, the Trustee received an offer to purchase the Property for $95,000.00 from Christina Rybinski (the "Buyer") (the "Purchase Agreement"). A true and correct copy of the Purchase Agreement is attached hereto as **Exhibit A**.

12.     A previous offer from Carol Carlton, which was approved by this Court, could not be closed due to undisclosed financial issues with Ms. Carlton.

13.     Ms. Rybinski concluded the sale to the Trustee in a timely matter in January 2013.

14.     This Application seeks allowance of all fees and expenses incurred by FG during the Application Period, and FG has voluntarily reduced its fees by $5,106.

15.     To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

## I.     SERVICES PERFORMED

### A.     Administration                                    **$564.50**

FG spent **1.60** hours at a cost of **$564.50** on issues related to examining real estate documents, issues on the Debtor's discharge, and dealing with estate tax issues..

### B.     Litigation                                        **$2,520.00**

FG spent **7.20** hours at a cost of **$2,520** on issues related to litigation with Mark Cervencik seeking authority to sell the Property. This litigation ultimately resulted in a

settlement that authorized the Trustee to sell the Property and pay mark Cervencik from the proceeds of the sale.

**C.    Sale of Assets**                                                                 **$11,651.50**

FG spent **32.90** hours at a cost of **$11,651.50** on issues related to the sale of the Real Estate to the Buyers. Part of the issues related to the sale involved the fact that the initial buyer failed to close on the sale of the Property. In addition, there were numerous issues regarding the condition of the Property, title of the Property in a land trust, unpaid real estate taxes, and dealing with the homeowner's association.

**D.    Preparation of Fee Application - Retention**                                     **$0.00**

FG waived its time for preparation of its final fee application.

**II.    ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE**

A.    Zane L. Zielinski (ZLZ) is an associate at FrankGecker LLP. Prior to attending law school, Mr. Zielinski worked for Chicago Title and Trust Company. Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif. Mr. Zielinski specializes in bankruptcy law, real estate law, and has represented trustees, debtors and creditors in bankruptcy cases. Mr. Zielinski has been involved in the day-to-day representation of the Trustee.

B.    Micah R. Krohn (MRK) is a senior counsel at FG. Mr. Krohn graduated from the Cardozo School of Law in 1992 and served as law clerk to the Hon. Erwin I. Katz. Mr. Krohn has handled day-to-day issues with respect to all matters in the case.

**III.    CALCULATION OF TIME AND FEES**

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses incurred by FG during the Application Period. All professional services for

which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and the Debtors' estate. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this Case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibits, FG's attorneys and paralegal have spent a total of 41.70 hours providing necessary legal services for the Trustee. As a result, they request compensation in the amount of $9,630.00 for actual, necessary legal services performed (Exhibit A). The average hourly rate is $230.94. In addition, FG has expended the sum of $361.96 for actual, necessary expenses incurred in representing the Trustee (Exhibit B). FG has voluntarily written off all expenses related to fax charges and copy charges. Expenses consist primarily of postage and travel expenses.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FG on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was either a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared a time exhibit presented in the attached Exhibit A. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this Application for its overhead expenses, including word processing or secretarial overtime; instead, such expenses are factored into FG's normal and customary rate. These charges fairly compensate the firm's actual costs and do not result in undue revenue for the firm. Moreover, FG's non-bankruptcy clients routinely are billed and pay these types of expenses. *See In re Continental Securities Litigation*, 962 F.2d 566, 570 (7th Cir. 1992).

No compensation has been promised to F/G, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, FG respectfully requests that this Court enter an Order:

A.    Allowing FG compensation for actual, necessary legal services in the amount of **$9,630.00 (a reduction of $5,106.00)**;

B.    Allowing FG reimbursement of actual, necessary expenses in the amount of **$361.96**;

C.   Authorizing the Trustee to pay FG compensation and expense reimbursement in

the total amount of **$9,991.96**; and

D.   Granting such other relief as the Court deems just and equitable.

Dated: December 16, 2013

Respectfully submitted,

JOJI TAKADA, not individually, but as
Chapter 7 Trustee of the bankruptcy estate of
MARTIN CERVENCIK AND COLLEEN
CERVENCIK,

By:_____/s/_____*Zane L. Zielinski*_____
          One of his attorneys

Zane Zielinski (IL Bar No. 6278776)
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone:   (312) 276-1400
Facsimile:   (312) 276-0035
zzielinski@fgllp.com

# EXHIBIT A

**FrankGecker**                                                    www.fgllp.com

November 20, 2013

Joji Takada, Chapter 7 Trustee                                    FEIN 20-1952153
6336 N. Cicero Avenue
Suite 201
Chicago, IL 60646

---

**Regarding:    In re: Estate of Martin and Colleen Cervencik; Case No. 11 B 47531**

For Professional Services Rendered Through October 31, 2013

Invoice #:  5956

Per Attached Description:

| | |
|---|---:|
| Fees.................................................................................................................... | $14,736.00 |
| Disbursements..................................................................................................... | $361.96 |
| Total Fees and Disbursements.............................................................................. | $15,097.96 |
| Previous Balance.................................................................................................. | $0.00 |
| Payments............................................................................................................. | $0.00 |
| **Total Amount Due..............................................................................................** | **$15,097.96** |

Joji Takada, Chapter 7 Trustee

Invoice Dated:   November 20, 2013

Page    2

---

**Regarding:**     **In re: Estate of Martin and Colleen Cervencik; Case No. 11 B 47531**

For Professional Services Rendered Through October 31, 2013

Invoice #:   5956

Per Attached Description:

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| | Administration | | | |
| 2/2/2012 | Telephone conference with Debtor's attorney (.3); review real estate documents (.7). Zane L. Zielinski | $350.00 | 1.00 | $350.00 |
| 2/21/2012 | Telephone conference with debtor's attorney regarding discharge and contact information for co-owner Mark Cervenick. Zane L. Zielinski | $350.00 | 0.30 | $105.00 |
| 1/22/2013 | Prepare memorandum to J. Takada regarding taxes (.3). Zane L. Zielinski | $365.00 | 0.30 | $109.50 |
| | Total Charges This Matter | | 1.60 | $564.50 |

Joji Takada, Chapter 7 Trustee

Page    3

Invoice Dated:   November 20, 2013

---

**Regarding:**    **In re: Estate of Martin and Colleen Cervencik; Case No. 11 B 47531**

For Professional Services Rendered Through October 31, 2013             Invoice #:   5956
Per Attached Description:

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| | Litigation | | | |
| 2/22/2012 | Conference call with J. Takada regarding preparing adversary (.1); draft adversary (.4).<br>Zane L. Zielinski | $350.00 | 0.50 | $175.00 |
| 2/24/2012 | Review trust documents (.4); draft adversary complaint (1.1); telephone conference with mark Cervencik regarding settlement (.2).<br>Zane L. Zielinski | $350.00 | 1.70 | $595.00 |
| 2/27/2012 | Revise complaint.<br>Zane L. Zielinski | $350.00 | 0.20 | $70.00 |
| 3/8/2012 | Telephone conference with Mark Cervencik regarding settlement of adversary (.5); prepare memorandum to Joji Takada regarding same (.2).<br>Zane L. Zielinski | $350.00 | 0.70 | $245.00 |
| 3/14/2012 | Draft settlement letter to Mark Cervencik (.4); draft agreed judgment order (.6); draft settlement motion (.5).<br>Zane L. Zielinski | $350.00 | 1.50 | $525.00 |
| 3/15/2012 | Forward settlement documents to debtor's attorney (.1); start preparing settlement motion (.2).<br>Zane L. Zielinski | $350.00 | 0.30 | $105.00 |
| 3/16/2012 | Revise motion to approve settlement.<br>Zane L. Zielinski | $350.00 | 0.30 | $105.00 |
| 4/4/2012 | Telephone call with Mark Cervencik regarding proposed settlement (.4); draft letter to Mr. Cervencik confirming scope of settlement (.3).<br>Zane L. Zielinski | $350.00 | 0.70 | $245.00 |
| 4/12/2012 | Review and revise settlement motion with Mark Cervencik.<br>Zane L. Zielinski | $350.00 | 0.60 | $210.00 |
| 4/20/2012 | Appear in court on motion to retain broker and adversary status (.3); telephone conference with Joji Takada regarding same (.1).<br>Zane L. Zielinski | $350.00 | 0.40 | $140.00 |
| 7/12/2012 | Telephone call with Mark Cervencik regarding status of case and projected closing date (.3)<br>Zane L. Zielinski | $350.00 | 0.30 | $105.00 |

Joji Takada, Chapter 7 Trustee

Invoice Dated:   November 20, 2013

---

**Regarding:**    **In re: Estate of Martin and Colleen Cervencik; Case No. 11 B 47531**

For Professional Services Rendered Through October 31, 2013         Invoice #:   5956
Per Attached Description:

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
|      | Total Charges This Matter | | 7.20 | $2,520.00 |

Joji Takada, Chapter 7 Trustee

Invoice Dated:  November 20, 2013

Page    5

---

**Regarding:**   **In re: Estate of Martin and Colleen Cervencik; Case No. 11 B 47531**

For Professional Services Rendered Through October 31, 2013
Per Attached Description:

Invoice #:   5956

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| | **Sale of Assets** | | | |
| 3/29/2012 | Draft rider to listing agreement for broker.<br>Micah R. Krohn | $425.00 | 0.50 | $212.50 |
| 4/4/2012 | Communications with M. Hansbrough regarding execution of listing agreement and affidavit in connection with employment of real estate broker.<br>Micah R. Krohn | $425.00 | 0.20 | $85.00 |
| 4/26/2012 | Telephone conference with broker regarding status of sale.<br>Zane L. Zielinski | $350.00 | 0.20 | $70.00 |
| 5/21/2012 | Request commitment (.2); review sale contract (.5); telephone conference with broker regarding counter proposal (.3); telephone conference with mark Cervencik regarding offer (.1); telephone conference with Joji Takada regarding offer (.2).<br>Zane L. Zielinski | $350.00 | 1.30 | $455.00 |
| 5/21/2012 | Review contract to buy and prepare memorandum to trustee regarding issues (.4); telephone conference with Joji regarding offer (.3); prepare order (.2); telephone conference with broker regarding counter proposal (.3); telephone conference with Mark Cervencik regarding offer to sell (.4).<br>Zane L. Zielinski | $350.00 | 1.60 | $560.00 |
| 5/25/2012 | Conference call with Mike Hansbourgh regarding sale contract (.2); review and sign sale contract for Cervencik house (.6).<br>Zane L. Zielinski | $350.00 | 0.80 | $280.00 |
| 5/29/2012 | Review title report (.5); conference call with Joji Takada regarding sale (.2); draft motion to approve sale of real estate (2.1); review lien claims (.4).<br>Zane L. Zielinski | $350.00 | 3.20 | $1,120.00 |
| 5/30/2012 | Review final closing numbers (.3); prepare bill of sale (.2); telephone conference with Chicago title regarding confirmation of closing (.1).<br>Zane L. Zielinski | $350.00 | 0.60 | $210.00 |
| 5/31/2012 | Telephone conference with Broker regarding inspection issues (.2); review and revise motion to sell (.3).<br>Zane L. Zielinski | $350.00 | 0.50 | $175.00 |

Joji Takada, Chapter 7 Trustee

Invoice Dated:  November 20, 2013

Page    6

---

**Regarding:    In re: Estate of Martin and Colleen Cervencik; Case No. 11 B 47531**

For Professional Services Rendered Through October 31, 2013

Invoice #:   5956

Per Attached Description:

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| 6/5/2012 | Telephone conference with Joji Takada regarding credit and closing issues (.2); review correspondence from buyers attorney regarding problem with inspection (.2); telephone conference with mark Cervencik regarding issues with credit (.3); telephone conference with buyers attorney regarding bankruptcy approval, status of financing (.2). <br> Zane L. Zielinski | $350.00 | 0.90 | $315.00 |
| 6/19/2012 | Communicate with lender regarding closing details (.2); telephone conference with co-owner Mark Cervencik regarding sale details (.4). <br> Zane L. Zielinski | $350.00 | 0.60 | $210.00 |
| 6/22/2012 | Appear in court on sale motion. <br> Zane L. Zielinski | $350.00 | 0.30 | $105.00 |
| 6/27/2012 | Prepare memorandum regarding closing steps to be taken (.4); communicate with buyer's attorney and mortgage company regarding closing date (.2). <br> Zane L. Zielinski | $350.00 | 0.60 | $210.00 |
| 7/2/2012 | Review revised sale contracts and prepare revisions and memorandum to Trustee regarding sale terms (.3). <br> Zane L. Zielinski | $350.00 | 0.30 | $105.00 |
| 7/16/2012 | Review closing file and request deed from Trust Company (.3); telephone conference with trust company regarding deed (.1). <br> Zane L. Zielinski | $350.00 | 0.40 | $140.00 |
| 7/17/2012 | Draft letter requesting Trustee deed, and prepare supporting documents request for land trust (.3). <br> Zane L. Zielinski | $350.00 | 0.30 | $105.00 |
| 7/20/2012 | Communicate with Debtor's attorney regarding status of real estate closing. <br> Zane L. Zielinski | $350.00 | 0.10 | $35.00 |
| 7/23/2012 | Review order from state court related to disbursement of sale proceeds to Mark Cervencik (.2); telephone conference with attorney that entered order attempting to regarding-direct funds (.1); telephone conference with Mark Cervencik regarding State Court matters involving Mark Cervencik and funds to be disbursed (.2); prepare memorandum to trustee regarding claim being made to Mark Cervencik's funds (.4). <br> Zane L. Zielinski | $350.00 | 1.20 | $420.00 |

Joji Takada, Chapter 7 Trustee

Page    7

Invoice Dated:  November 20, 2013

---

**Regarding:    In re: Estate of Martin and Colleen Cervencik; Case No. 11 B 47531**

For Professional Services Rendered Through October 31, 2013          Invoice #:  5956
Per Attached Description:

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| 7/23/2012 | Telephone conference with Marquette Bank regarding preparation of trustee deed and related issues of bankruptcy (.2); prepare memorandum to the company and buyers attorney regarding trust deed, and any necessary revision prior to closing (.3).<br>Zane L. Zielinski | $350.00 | 0.50 | $175.00 |
| 7/24/2012 | Review and revise information to survey company regarding legal description (.2); telephone conference with C. Antonietti regarding issues related to Mark Cervencik's funds (.3).<br>Zane L. Zielinski | $350.00 | 0.50 | $175.00 |
| 7/24/2012 | Prepare memorandum regarding Trustee's response to State Court orders against Mark Cervencik (.3).<br>Zane L. Zielinski | $350.00 | 0.30 | $105.00 |
| 7/25/2012 | Communicate with Buyer's attorney regarding credit issues (.2).<br>Zane L. Zielinski | $350.00 | 0.20 | $70.00 |
| 7/31/2012 | Telephone conference with title company regarding issues for close (.2); review survey to ensure compliance with sale contract (.3); communicate with Buyer regarding closing (.1).<br>Zane L. Zielinski | $350.00 | 0.60 | $210.00 |
| 8/23/2012 | Communicate with co-owner regarding tax bill (.1); review tax bill (.2).<br>Zane L. Zielinski | $350.00 | 0.30 | $105.00 |
| 8/23/2012 | Review title report and schedule closing.<br>Zane L. Zielinski | $350.00 | 0.10 | $35.00 |
| 8/24/2012 | Review condo association documents related to legal requirement for sellers of property (.5); prepare final assessment documents for facility transfer of real estate (.4); communicate with buyer's attorney regarding same (.1).<br>Zane L. Zielinski | $350.00 | 1.00 | $350.00 |
| 8/27/2012 | Review forms and draft letter requesting deed (.3); telephone conference with land trust regarding deed (.1).<br>Zane L. Zielinski | $350.00 | 0.40 | $140.00 |
| 8/29/2012 | Review document for homeowner's association letter (.2).<br>Zane L. Zielinski | $350.00 | 0.20 | $70.00 |

Joji Takada, Chapter 7 Trustee

Invoice Dated:   November 20, 2013

Page    8

---

**Regarding:**    In re: Estate of Martin and Colleen Cervencik; Case No. 11 B 47531

For Professional Services Rendered Through October 31, 2013
Per Attached Description:

Invoice #:   5956

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| 9/4/2012 | Review and prepare documentation and forms requested by homeowner's association for transfer of ownership of property (.3); prepare request for tax bills for property (.1). Zane L. Zielinski | $350.00 | 0.40 | $140.00 |
| 9/6/2012 | Prepare initial closing numbers for closing. Zane L. Zielinski | $350.00 | 0.40 | $140.00 |
| 9/10/2012 | Review and forward sale contract to homeowner's association; review and forward memorandum of understanding to association (.2); request insurance information from buyer (.1); communicate with title company regarding schedule closing (.1). Zane L. Zielinski | $350.00 | 0.40 | $140.00 |
| 9/14/2012 | Telephone conference with M. Cervencik regarding real estate closing details and leasing the property (.3). Zane L. Zielinski | $350.00 | 0.10 | $35.00 |
| 9/24/2012 | Review request for extension (.1); telephone conference with creditor regarding status (.2); telephone conference with J. Takada regarding extension (.1). Zane L. Zielinski | $350.00 | 0.40 | $140.00 |
| 10/11/2012 | Review information from broker (.2); telephone call with broker regarding revised pricing (.1). Zane L. Zielinski | $350.00 | 0.30 | $105.00 |
| 10/25/2012 | Review new offer to purchase (.2). Zane L. Zielinski | $350.00 | 0.20 | $70.00 |
| 11/2/2012 | Draft second motion to approve sale (1.5); review sale contract and draft rider (.4). Zane L. Zielinski | $350.00 | 1.90 | $665.00 |
| 11/9/2012 | Review and forward real estate documents to buyer for review and due diligence. Zane L. Zielinski | $350.00 | 0.20 | $70.00 |
| 11/16/2012 | Prepare documents for homeowner's association (.4); request updates to title report (.2); telephone conference with Buyer's attorney regarding status (.2). Zane L. Zielinski | $350.00 | 0.80 | $280.00 |

Joji Takada, Chapter 7 Trustee

Page   9

Invoice Dated:   November 20, 2013

---

**Regarding:**   **In re: Estate of Martin and Colleen Cervencik; Case No. 11 B 47531**

For Professional Services Rendered Through October 31, 2013
Per Attached Description:

Invoice #:   5956

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| 12/6/2012 | Review and respond to title issues. <br> Zane L. Zielinski | $350.00 | 0.30 | $105.00 |
| 12/20/2012 | Prepare memorandum related to earnest money on canceled contract. <br> Zane L. Zielinski | $350.00 | 0.40 | $140.00 |
| 12/27/2012 | Prepare documents to Management company regarding paid assessment letter (1.0); request update commitment from title company and closing date (.4); telephone call (x3) with land trust related to revised deed preparation fees (.5); prepare documents requested by Land Trust related to new deed (.5); telephone call with title examiner related to clearing title issues and potential TI for real estate taxes (.4); research on-line real estate taxes and request payoff amount (.4); prepare memorandum to Joji Takada related to status of sale (.2); communicate with creditors related to status of the sale (.1); prepare escrow release document for funds being held for canceled real estate deal and hold back of funds (.3) <br> Zane L. Zielinski | $350.00 | 3.80 | $1,330.00 |
| 1/2/2013 | Review real estate payoff letters for real estate taxes, and management company, prepare and forward to title company to clear exceptions to title. <br> Zane L. Zielinski | $365.00 | 0.20 | $73.00 |
| 1/3/2013 | Prepare affidavit of title, bill of sale, closing statement, and transfer declaration forms for real estate closing on 1/4/2013. <br> Zane L. Zielinski | $365.00 | 1.40 | $511.00 |
| 1/4/2013 | Prepare for and travel to real estate closing for Justice Property (long closing due to lending issues with buyer). <br> Zane L. Zielinski | $365.00 | 4.00 | $1,460.00 |

Total Charges This Matter

32.90 $11,651.50

# <u>EXHIBIT B</u>

Joji Takada, Chapter 7 Trustee                                                    Page    10

Invoice Dated:   November 20, 2013

---

**Regarding:    In re: Estate of Martin and Colleen Cervencik; Case No. 11 B 47531**

For Professional Services Rendered Through October 31, 2013          Invoice #:   5956
Per Attached Description:

|  | Hours | Amount |
|---|---|---|
|  | 41.70 | $14,736.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Micah R. Krohn | 0.70 | 425.00 |
| Zane L. Zielinski | 5.90 | 365.00 |
| Zane L. Zielinski | 35.10 | 350.00 |

Disbursements:

| Date | Description | |
|---|---|---|
| | **Expenses** | |
| 3/7/2012 | Postage. | 6.40 |
| 4/10/2012 | Postage (employ broker). | 2.60 |
| 4/12/2012 | Postage (compromise). | 47.30 |
| 4/16/2012 | Duplicating and mailing charges (DC Data Corporation Invoice No. 5278 dated April 16, 2012) (43 mailed copies and stuffing envelopes). | 221.54 |
| 5/31/2012 | Postage (sale motion). | 13.00 |
| 8/27/2012 | Fee to Cook County Treasurer for duplicate 2011 tax bill. | 1.00 |
| | Fee for duplicate 2010 tax bill (Cook County Clerk's Office/Real Estate & Tax Services Transaction No. 223446). | 10.00 |
| | Federal Express delivery to Mary Godinez (Deed). | 17.12 |
| 11/2/2012 | Postage (sale motion no. 2). | 17.00 |
| 12/27/2012 | Fee for records search (Cook County Clerk's Office/Real Estate & Tax Services Transaction No. 238918). | 10.00 |
| | Federal Express delivery to Mary Godinez (Deed). | 15.54 |
| 2/6/2013 | Postage (proceeds/Trustee). | 0.46 |
| | Total Charges This Matter | 361.96 |

Joji Takada, Chapter 7 Trustee

Invoice Dated:   November 20, 2013

---

**Regarding:**   **In re: Estate of Martin and Colleen Cervencik; Case No. 11 B 47531**

For Professional Services Rendered Through October 31, 2013          Invoice #:   5956
Per Attached Description:

|  | Amount |
|---|---|
| Total Expenses | $361.96 |
| **Total Due: This Matter** | **$15,097.96** |