**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-47531 |
| MARTIN CERVENCIK | § | Chapter 7 |
| COLLEEN A CERVENCIK | § | |
| Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:
Date:       February 21, 2014
Time:       9:15 a.m.
Location:   Joliet City Hall
            Second Floor
            150 West Jefferson Street
            Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: January 16, 2014          By: _/s/ Joji Takada_
                                              Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
MARTIN CERVENCIK § Case No. 11-47531
COLLEEN A CERVENCIK §
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 95,283.87 |
| and approved disbursements of | $ | 67,688.57 |
| leaving a balance on hand of[1] | $ | 27,595.30 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Mark Cervencik | $ 41,090.46 | $ 41,090.46 | $ 41,090.46 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 27,595.30 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 8,014.19 | $ 0.00 | $ 8,014.19 |
| Trustee Expenses: Joji Takada | $ 15.95 | $ 0.00 | $ 15.95 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 9,630.00 | $ 0.00 | $ 9,630.00 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 361.96 | $ 0.00 | $ 361.96 |
| Accountant for Trustee Fees: Alan Lasko and Associates PC | $ 1,330.83 | $ 1,330.83 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: Alan Lasko and Associates PC | $ 34.91 | $ 34.91 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 18,022.10 |
| Remaining Balance | | $ | 9,573.20 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 10,945.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department Of The Treasury | $ 10,945.28 | $ 0.00 | $ 9,573.20 |
| | Total to be paid to priority creditors | | $ | 9,573.20 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,196.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | DISCOVER BANK | $ 18,300.50 | $ 0.00 | $ 0.00 |
| 3 | Foran Funeral Home | $ 2,354.02 | $ 0.00 | $ 0.00 |
| 4 | Capital One, N.A. | $ 2,507.86 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Capital One Bank (Usa) Na | $ 6,015.25 | $ 0.00 | $ 0.00 |
| 6 | Capital One Bank (Usa) Na | $ 1,894.20 | $ 0.00 | $ 0.00 |
| 7 | Capital Recovery Iv Llc | $ 3,048.00 | $ 0.00 | $ 0.00 |
| 8 | Capital Recovery Iv Llc | $ 2,893.03 | $ 0.00 | $ 0.00 |
| 9 | Quantum3 Group Llc As Agent For | $ 452.56 | $ 0.00 | $ 0.00 |
| 10 | Quantum3 Group Llc As Agent For | $ 1,145.76 | $ 0.00 | $ 0.00 |
| 11 | Quantum3 Group Llc As Agent For | $ 1,325.81 | $ 0.00 | $ 0.00 |
| 12 | Quantum3 Group Llc As Agent For | $ 583.47 | $ 0.00 | $ 0.00 |
| 13 | Quantum3 Group Llc As Agent For | $ 466.96 | $ 0.00 | $ 0.00 |
| 14 | Quantum3 Group Llc As Agent For | $ 1,774.44 | $ 0.00 | $ 0.00 |
| 15 | American Infosource Lp As Agent For | $ 8,475.56 | $ 0.00 | $ 0.00 |
| 16 | Portfolio Recovery Associates, Llc | $ 959.50 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $    0.00

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: Joji Takada
Trustee

_Joji Takada, Chapter 7 Trustee_
_6336 North Cicero Avenue, Suite 201_
_Chicago, Illinois  60646_

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                            Case No. 11-47531-BWB
Martin Cervencik                                                  Chapter 7
Colleen A Cervencik
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez              Page 1 of 3             Date Rcvd: Jan 17, 2014
                              Form ID: pdf006              Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2014.
db/jdb        +Martin Cervencik,   Colleen A Cervencik,    217 Nippert Ave,   Romeoville, IL 60446-1639
aty           +Alan D Lasko,   Alan D Lasko & Associates Pc,    29 South Lasalle Street,   Chicago, IL 60603-1522
18091902      +Advanced Renal Care,    PO Box 967,   Tinley Park, IL 60477-0967
18091903      +Ascension Point Recovery services,    200 Coon Rapids Blvd,   Minneapolis, MN 55433-5876
18091904      +Bill Me Later,    PO Box 2394,   Omaha, NE 68103-2394
18091905      +Blitt and Gaines PC,    661 W. Glenn Ave,   Wheeling, IL 60090-6017
18091907      +CBCS,   PO Box 69,    Columbus, OH 43216-0069
18091908      +CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497
18091906      +Capital One,   PO Box 6492,    Carol Stream, IL 60197-6492
18498663     +++Capital One Bank (USA) NA,    by American InfoSource LP as agent,   PO Box 248839,
                Oklahoma City, OK 73124-8839
20311656      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 71083,
                Charlotte, NC 28272-1083
20311657     +++Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 248839,
                Oklahoma City, OK 73124-8839
18445730      +Capital One, N.A.,   c/o Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas, TX 75374-0933
18091909      +Chase,   Cardmember Service,    PO Box 15298,   Wilmington, DE 19886-5298
18091910      +Citibank N.A.,    PO BOX 688923,   Des Moines, IA 50368-8923
18091911       Codilis & Associates P.C.,    15 W 030 North Frntage Road,   Suite 100,   Willowbrook, IL 60527
18091928     +++Department of the Treasury,    Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
18091914      +Equable Ascent Financial,    1120 west Lake Cook Road,   Buffalo Grove, IL 60089-1970
18091916      +FMS Inc,   4915 South Union Ave,    Tulsa, OK 74107-7839
18091915      +FingerHut,   PO Box 166,    Newark, NJ 07101-0166
18091917      +Foran Funeral Home,    7300 West Archer Ave,   Summit, IL 60501-1297
18091920      +GMAC Mortgage, LLC,    PO Box 4622,   Waterloo, IA 50704-4622
18091922      +HSBC Bank Nevada,    P.O. Box 2013,   Buffalo, NY 14240-2013
18091923      +HSBC Menards,    PO Box 15521,   Wilmington, DE 19850-5521
18091921      +Home Depot/CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497
18091924      +I.C.S.,   PO Box 1010,    Tinley Park, IL 60477-9110
18091925      +Illinois Bone & joint Institute,    5057 Paysphere Circle,   Chicago, IL 60674-0050
18091926      +Illinois Collection services,    8231 185th street,   Suite 100,   Tinley Park, IL 60487-9356
18091927       Illinois Heart and Vascular,    Dept 20,   1026,   Carol Stream, IL 60197
18091929      +Ira Leibsker,   125 S Wacker Dr,    Suite 400,   Chicago, IL 60606-4440
18091930      +Joliet Oncology and Hematology,    2614 W. Jefferson Street,   Joliet, IL 60435-6433
18091932      +LDF Financial Services,    7001 Peachtree Industrial Blvd,   Suite 320,   Norcross, GA 30092-6637
18091934      +Loyola University Medical center,    2160 South First Ave,   Maywood, IL 60153-3328
18091935      +Medical Express Ambulance service,    5650 West Howard Street,   Skokie, IL 60077-2623
18091936      +MetLife,   200 Park Ave.,    New York, NY 10166-0188
18091937      +Metro center for Health,    901 mcClintock Drive,   Willowbrook, IL 60527-0871
18091938      +Michael D. Fine,   131 S Dearborn St Floor 5,    Chicago, IL 60603-5571
19932079       Midland Funding LLC,    By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
18091939      +Midwest Diagnostic Pathology,    75 Remittance Drive,   Chicago, IL 60675-1001
18091940      +Midwest Radiology Associates,    520 East 22nd Street,   Lombard, IL 60148-6110
18731530     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    c/o Lowes,   PO Box 41067,
                Norfolk VA 23541)
18091943     #+Pentagroup Financial LLC,    PO Box 742209,   Houston, TX 77274-2209
18091944      +Pinnacle Credit Service,    7900 Highway 7,   Unit 100,   Minneapolis, MN 55426-4045
18091945      +Precision Recovery Analytics,    PO Box 42829,   Austin, TX 78704-0044
18091946      +Sears Citibank,    PO Box 6241,   Sioux Falls, SD 57117-6241
18091947      +Sears Mastercard,    PO Box 6282,   Sioux Falls, SD 57117-6282
18091948      +Sears/CBNA,   701 East 60th Street,    PO Box 6241,   Sioux Falls, SD 57117-6241
18091949      +Slate - Chase,    Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
18091950      +Suburban Pulmonary & Sleep Associat,    700 East Ogden Ave,   Suite 202,   Westmont, IL 60559-1398
18091951      +Suburban Radiologist,    1446 Momentum Place,   Chicago, IL 60689-5314
18091952      +Superior Air Ground Ambulance Servi,    395 W. Lake Street,   Elmhurst, IL 60126-1508
18091955      +WFNB Avenue,   PO Box 659584,    San Antonio, TX 78265-9584
18091956      +WFNB Brylane Home,    PO Box 659728,   San Antonio, TX 78265-9728
18091957      +WFNB Fashion Bug,    PO Box 659728,   San Antonio, TX 78265-9728
18091958      +WFNB King size,    PO Box 659728,   San Antonio, TX 78265-9728
18091959      +WFNB Lane Bryant,    PO Box 659728,   San Antonio, TX 78265-9728
18091960      +WFNB Woman Within,    PO Box 659728,   San Antonio, TX 78265-9728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18621160       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2014 00:56:08
                American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK 73124-8866
18507330       E-mail/PDF: rmscedi@recoverycorp.com Jan 18 2014 00:57:22    Capital Recovery IV LLC,
                c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
18091912      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 18 2014 00:47:43
                Credit collection Services,   PO Box 55126,   Boston, MA 02205-5126
```

```
District/off: 0752-1          User: mgonzalez              Page 2 of 3                   Date Rcvd: Jan 17, 2014
                              Form ID: pdf006              Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18091913     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 18 2014 00:57:30     Discover,   PO Box 6103,
              Carol Stream, IL 60197-6103
18407594      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 18 2014 00:57:30     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
18091918     +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2014 00:54:24     GE Money LOC,   PO Box 530913,
              Atlanta, GA 30353-0913
18091919      E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2014 00:54:24     GEMB/GE Money Bank,   PO Box 103065,
              Roswell, GA 30076
18091931     +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 18 2014 00:45:58     Kohls,   PO Box 2983,
              Milwaukee, WI 53201-2983
18091933     +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2014 00:57:20     Lowes/GEMB,   PO Box 530914,
              Atlanta, GA 30353-0914
18091941     +Fax: 847-227-2151 Jan 18 2014 01:25:06     MRSI,   2250 E Devon Street,
              Des Plaines, IL 60018-4521
18522666      E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2014 00:46:31
              Quantum3 Group LLC as agent for,    World Financial Network National Bank,   PO Box 788,
              Kirkland, WA 98083-0788
19932080      E-mail/PDF: rmscedi@recoverycorp.com Jan 18 2014 00:57:22
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
18091954     +E-mail/Text: bnc@ursi.com Jan 18 2014 00:45:50     United Recovery Systems,   PO Box 722910,
              Houston, TX 77272-2910
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Alan D Lasko & Associates PC
aty          Frank/Gecker LLP
aty          Michael Hansbrough
20320057*   +++American InfoSource LP as agent for Target,   PO Box 248866,   Oklahoma City, OK 73124-8866
18091942    ##+Nationwide Credit Co.,   815 Commerce Drive,   Suite 100,   Oak Brook, IL 60523-8839
18091953    ##+TARGET NATIONAL BANK,   PO BOX 59317,   Minneapolis, MN 55459-0317
                                                                                   TOTALS: 3, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2014                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2014 at the address(es) listed below:
```
              Frances  Gecker    on behalf of Trustee Joji  Takada fgecker@fgllp.com
              Joji  Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
              Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Micah R Krohn    on behalf of Trustee Joji  Takada mkrohn@fgllp.com, ccarpenter@fgllp.com
              Michael J. Laird    on behalf of Debtor Martin  Cervencik mikejlaird@sbcglobal.net
              Michael J. Laird    on behalf of Joint Debtor Colleen A Cervencik mikejlaird@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: mgonzalez           Page 3 of 3            Date Rcvd: Jan 17, 2014
                              Form ID: pdf006           Total Noticed: 70
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Zane L Zielinski    on behalf of Trustee Joji  Takada zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

        Zane L Zielinski    on behalf of Plaintiff Joji  Takada zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

        TOTAL: 9