UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
MARTIN CERVENCIK § Case No. 11-47531
COLLEEN A CERVENCIK §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Mark Cervencik |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Assessments to Weaver Management | | | | | |
| Chicago Title and Trust Company | | | | | |
| Christina Rybinski | | | | | |
| Cook County | | | | | |
| Redemption to Cook County Clerk | | | | | |
| Reimbursement Deed/Insp to Michael Hansbrough | | | | | |
| Survey to ARS | | | | | |
| Tax Payment Fee to Mgr | | | | | |
| The Bank of New York Mellon | | | | | |
| Frank Gecker LLP | | | | | |
| Frank Gecker LLP | | | | | |
| Alan Lasko and Associates PC | | | | | |
| Alan Lasko and Associates PC | | | | | |
| Prestige Properties | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department Of The Treasury | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | American Infosource Lp As Agent For | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Capital One Bank (Usa) Na | | | | | |
| 6 | Capital One Bank (Usa) Na | | | | | |
| 4 | Capital One, N.A. | | | | | |
| 7 | Capital Recovery Iv Llc | | | | | |
| 8 | Capital Recovery Iv Llc | | | | | |
| 2 | DISCOVER BANK | | | | | |
| 3 | Foran Funeral Home | | | | | |
| 16 | Portfolio Recovery Associates, Llc | | | | | |
| 9 | Quantum3 Group Llc As Agent For | | | | | |
| 10 | Quantum3 Group Llc As Agent For | | | | | |
| 11 | Quantum3 Group Llc As Agent For | | | | | |
| 12 | Quantum3 Group Llc As Agent For | | | | | |
| 13 | Quantum3 Group Llc As Agent For | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Quantum3 Group Llc As Agent For | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-47531 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MARTIN CERVENCIK | | | | Date Filed (f) or Converted (c): | 11/23/2011 (f) |
| | COLLEEN A CERVENCIK | | | | 341(a) Meeting Date: | 12/19/2011 |
| For Period Ending: | 10/01/2014 | | | | Claims Bar Date: | 04/24/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home | 220,000.00 | 0.00 | | 0.00 | FA |
| 2. Townhouse | 69,000.00 | 260,000.00 | | 95,108.87 | FA |
| 3. Cash | 25.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account | 850.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account | 75.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 1,050.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 335.00 | 0.00 | | 0.00 | FA |
| 8. IRA | 279.34 | 0.00 | | 0.00 | FA |
| 9. 401k | 22,501.26 | 0.00 | | 0.00 | FA |
| 10. Stock | 3,151.00 | 0.00 | | 0.00 | FA |
| 11. Vehicle--2005 Dodge Caravan with over 200,000 miles | 1,850.00 | 0.00 | | 0.00 | FA |
| 12. Vehicle--1998 Ford Explorer VIN IFMZU34E2wuc73862 | 2,875.00 | 0.00 | | 0.00 | FA |
| 13. Cancellation penalty (u) | 0.00 | 175.00 | | 175.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $321,991.60 | $260,175.00 | | $95,283.87 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Proceeds from sale of joint-owned real estate received; Hiring accountant to prepare tax returns. Final report and applications for compensation filed.

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Single Family Home at 41 Chelton Road |
| RE PROP # | 2 | -- | Fifty percent interest in Townhouse held with his nephew Mark Cervencik who lives in the property.  Inherited property upon death of an Aunt on Marquette Bank Land Trust 95-5-3.  8201 Daniel Drive Justice, Il.  Co-owner Mark Cervencik lives in property with his family. |
| RE PROP # | 4 | -- | TCF Bank Checking account 2877076225 |
| RE PROP # | 5 | -- | TCF Checking Bank Account 9877103668 |
| RE PROP # | 6 | -- | Misc. Household Goods and Furnishings No single item worth over $300.00 |
| RE PROP # | 7 | -- | Misc. Clothing No single item worth over $75.00 |
| RE PROP # | 8 | -- | Citi Bank IRA Account No. C51-207576 |
| RE PROP # | 9 | -- | 401 K Plan with Principal Finacial Group |
| RE PROP # | 10 | -- | 47 Shares of UPS Stock |
| RE PROP # | 11 | -- | 2005 Dodge Caravan with over 200,000 miles |
| RE PROP # | 12 | -- | 1998 Ford Explorer VIN IFMZU34E2wuc73862 |
| RE PROP # | 13 | -- | Penalty from potential buyer of real estate for terminating contract |

Initial Projected Date of Final Report (TFR): 11/23/2013        Current Projected Date of Final Report (TFR): 11/23/2014

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-47531 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | MARTIN CERVENCIK | Bank Name: | Congressional Bank |
| | COLLEEN A CERVENCIK | Account Number/CD#: | XXXXXX9629 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX9641 | Blanket Bond (per case limit): | |
| For Period Ending: | 10/01/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/13 | | Chicago Title and Trust Company<br>15255 South 94th Avenue #604<br>Orland Park, Illinois 60462 | Proceeds from sale | | $69,984.10 | | $69,984.10 |
| | | | Gross Receipts          $95,108.87 | | | | |
| | | Prestige Properties | Real estate broker commission payment          ($3,250.00) | 3510-000 | | | |
| | | Chicago Title and Trust Company | Title closing costs and expenses          ($295.50) | 2500-000 | | | |
| | | Christina Rybinski | Buyer Credits and Earnest Money          ($6,550.00) | 2500-000 | | | |
| | | Cook County | Real estate taxes          ($4,300.11) | 2500-000 | | | |
| | | Redemption to Cook County Clerk | Real estate taxes          ($7,688.25) | 2500-000 | | | |
| | | Reimbursement Deed/Insp to Michael Hansbrough | Title closing costs and expenses          ($462.71) | 2500-000 | | | |
| | | Survey to ARS | Title closing costs and expenses          ($450.00) | 2500-000 | | | |
| | | Assessments to Weaver Management | Title closing costs and expenses          ($2,078.20) | 2500-000 | | | |
| | | Tax Payment Fee to Mgr | Title closing costs and expenses          ($50.00) | 2500-000 | | | |
| | 2 | | Townhouse          $95,108.87 | 1110-000 | | | |
| 01/29/13 | 1001 | Mark Cervencik<br>c/o Antonietti and Associates<br>1461 Ring Road<br>Calumet City, Illinois 60409<br>Attn: Charles Antonietti | Settlement payment to joint owner of real estate pursuant to court order [CO 11/16/12] | 4110-000 | | $41,090.46 | $28,893.64 |
| 02/12/13 | | Transfer to Acct # xxxxxx8150 | Transfer of Funds | 9999-000 | | $28,893.64 | $0.00 |

|  | COLUMN TOTALS | $69,984.10 | $69,984.10 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $0.00 | $28,893.64 |
|  | Page Subtotals: | $69,984.10 | $69,984.10 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

|  | | |
|---|---|---|
| Subtotal | $69,984.10 | $41,090.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $69,984.10 | $41,090.46 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-47531 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: MARTIN CERVENCIK | Bank Name: The Bank of New York Mellon |
| COLLEEN A CERVENCIK | Account Number/CD#: XXXXXX8150 |
| | Checking |
| Taxpayer ID No: XX-XXX9641 | Blanket Bond (per case limit): |
| For Period Ending: 10/01/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx9629 | Transfer of Funds | 9999-000 | $28,893.64 | | $28,893.64 |
| 02/21/13 | 13 | Prestige Properties Escrow Account 1313 East Sibley Boulevard, Suite 103 Dolton, Illinois 60419 | Settlement payment Penalty for terminating Purchase Agreement regarding real property | 1249-000 | $175.00 | | $29,068.64 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.58 | $29,045.06 |
| 03/27/13 | 100001 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | 2013 Blanket bond disbursement | 2300-000 | | $40.84 | $29,004.22 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.18 | $28,961.04 |
| 05/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.67 | $28,919.37 |
| 05/14/13 | 100002 | Alan Lasko and Associates PC 29 South LaSalle Street Suite 1240 Chicago, Illinois 60603 | Payment to trustee professional Services rendered by accountant to prepare final estate tax returns | 3310-000 | | $1,330.83 | $27,588.54 |
| 05/14/13 | 100003 | Alan Lasko and Associates PC 29 South LaSalle Street Suite 1240 Chicago, Illinois 60603 | Payment to trustee professional Services rendered by accountant re preparation of final estate tax returns | 3320-000 | | $34.91 | $27,553.63 |
| 05/15/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Refund Bank and Technology Services Fee | 2600-000 | | ($41.67) | $27,595.30 |
| 02/25/14 | 100004 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $8,014.19 | $19,581.11 |
| 02/25/14 | 100005 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $15.95 | $19,565.16 |
| | | | Page Subtotals: | | $29,068.64 | $9,503.48 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-47531 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: MARTIN CERVENCIK | Bank Name: The Bank of New York Mellon |
| COLLEEN A CERVENCIK | Account Number/CD#: XXXXXX8150 |
| | Checking |
| Taxpayer ID No: XX-XXX9641 | Blanket Bond (per case limit): |
| For Period Ending: 10/01/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/14 | 100006 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Final distribution per court order. | 3210-000 | | $9,630.00 | $9,935.16 |
| 02/25/14 | 100007 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Final distribution per court order. | 3220-000 | | $361.96 | $9,573.20 |
| 02/25/14 | 100008 | Department Of The Treasury<br>Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101 | Final distribution to claim 1 per court order. | 5800-000 | | $9,573.20 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $29,068.64 | $29,068.64 |
| Less: Bank Transfers/CD's | $28,893.64 | $0.00 |
| Subtotal | $175.00 | $29,068.64 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $175.00 | $29,068.64 |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*          Page Subtotals:        $0.00        $19,565.16

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8150 - Checking | $175.00 | $29,068.64 | $0.00 |
| XXXXXX9629 - Checking Account | $69,984.10 | $41,090.46 | $0.00 |
|  | $70,159.10 | $70,159.10 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $25,124.77 |
| Total Net Deposits: | $70,159.10 |
| Total Gross Receipts: | $95,283.87 |

Page Subtotals:　　　　　　　　　　　$0.00　　　$0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*